6

**UNITED STATES DISTRI**
**EASTERN DISTRICT OF**
Theodore Levin United State
231 W. Lafayette, Roc
Detroit, Michigan 4:

Case:1:10-cv-13940
Judge: Ludington, Thomas L
MJ: Whalen, R. Steven
Filed: 10-04-2010 At 11:11 AM
CMP SIMPSON V A AND E TELEVISION NETWORK (EB)

---

*Prisoner Civil Rights Complaint for Cases Brought Under 42 U.S.C. § 1983*

---

| Plaintiff's Information | |
|---|---|
| Name **Robert Deshawn Simpson** | Inmate Number **380661** |
| Place of Confinement **St. Louis Correctional Facility** | |

| Street | City | State | Zip Code |
|---|---|---|---|
| **8585 N. Croswell** | **St. Louis** | **Michigan** | **48880** |

*Any additional plaintiffs to this action should be listed on a separate 8 ½ x 11" sheet of paper and securely attached to the back of this complaint. Please provide names, inmate numbers, and addresses for each plaintiff.*

| Defendant's Information *(This information must be current)* | |
|---|---|
| Name **A&E Television Networks/First 48** | Position **Company T.V show** |
| Street or P.O. Box Number **235 East 45th St.** | |

| City | State | Zip Code |
|---|---|---|
| **New York** | **New York** | **10017** |

All Defendants are being sued in both their individual (personal) and official capacities.

*Any additional defendants to this action should be listed on a separate 8 ½ x 11" sheet of paper and securely attached to the back of this complaint. Please provide their names, positions, and current addresses.*

## I. PREVIOUS LAWSUITS

Have you begun any other lawsuits in state or federal court relating to your imprisonment?

YES ☐          NO ☑

If "YES", complete following section; if "NO", proceed to Part II.

*Prisoner Civil Rights Complaint — Page #1*

*Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.[1]*

**1)**

| | |
|---|---|
| *Docket Number:* | |
| *Name of Court:* | |
| *Parties (Caption or Name of Case):* | |
| *Disposition:* | |

**2)**

| | |
|---|---|
| *Docket Number:* | |
| *Name of Court:* | |
| *Parties (Caption or Name of Case):* | |
| *Disposition:* | |

**3)**

| | |
|---|---|
| *Docket Number:* | |
| *Name of Court:* | |
| *Parties (Caption or Name of Case):* | |
| *Disposition:* | |

**Note: Any additional civil actions should be listed on a separate sheet of 8 ½ x 11" paper.**

---

[1] This notification is pursuant to 28 U.S.C. § 1915(g).

*Prisoner Civil Rights Complaint — Page #2*

## II.  ADMINISTRATIVE REMEDIES

1.      If you are in the custody of the State of Michigan or one of its subdivisions, did you:

File a grievance with the Step 1 Grievance Coordinator?     YES ☐     NO ☐

Appeal to the Step 2 Grievance Coordinator?     YES ☐     NO ☐

Appeal to the Step 3 Grievance Coordinator?     YES ☐     NO ☐

Seek a rehearing?     YES ☐     NO ☐

*If you did not take one or more of the steps, please explain why:*

_____

_____

2.      If you are a federal detainee, prisoner, or parolee and if your claim concerns parole, did you appeal to the National Appeals Board of the United States Parole Commission?

YES ☐     NO ☐

*If not, explain why:*

_____

_____

3.      If you are a federal detainee, prisoner, or parolee, and if your claim involves something other than parole, did you:

Attempt to resolve your complaint informally?     YES ☐     NO ☐

File a formal complaint?     YES ☐     NO ☐

Appeal to the warden?     YES ☐     NO ☐

Appeal to the Regional Director of the Bureau or Prisons?     YES ☐     NO ☐

Appeal to General Counsel for the Bureau of Prisons?     YES ☐     NO ☐

*If not, explain why:*

_____

_____

_____

## III.  STATEMENT OF FACTS

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include the names of other people, dates, and places involved in the incident.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim on blank 8 ½ x 11" sheets of paper and attach them to the last page of this complaint.

On July 6, 2006 I Had a Warrant Issued for my Arrest. July 13, 2006 I was Arrested and Taking to the Second Precent In Detroit I was Called out By Homicide Officer Mike Russell, I was Charge will 1st Degree Murder I was Taking to a Room where I was Interrogated I Seen a Camera man In the room I was asked By the Detective. was I under any Drugs I Said yes, MariJuana, and Heroin, He Preceded with the interview I was Tricked, CaJoled threatened, and other wise Coerced Into Signing a form to Have my Case on T.V. ( First 48 T.V Show A€E Network) The whole time I Didn't Know what was going on. My Life Has Been Put In Danger Since I've Been In Prison, My Grandmother Home was Being Taped without here Consent I've wrote the First 48 Company And Respectfully Ask them to Please Remove my Case from T.V. I never Got a reply Back, which was written on May 20, 2010

## IV.  RELIEF

State briefly and exactly what you want the Court to do for you.

I would like the Court to hook Into this Matter Please. I feel like I was abused. Because I was Under the Influence of Drugs. If Possible I would like the Court to Contact The First 48 T.V Network And Have my Case Be Removed from the air.

**I declare under penalty or perjury that the foregoing is true and correct.**

9-20-10
(Date)

Robert D. Simpson
(Your Signature)

----------------------------------------------------------------------

*Prisoner Civil Rights Complaint — Page #4*

Robert Simpson
# 380661
ST. LOUIS CORRECTIONAL FACILITY
8585 N. Croswell Road
St. Louis, Michigan 48880

FILED
SEP 30 2010
CLERK'S OFFICE
DETROIT

United States District Court
Eastern District of Michigan
Theodore Levin United States Courthouse

231 W. Lafayette, Room 564
Detroit MI, 48226

$ 00.61°
SEP 29 2010
MAILED FROM ZIP CODE 48880
02 1M
0004258673
UNITED STATES POSTAGE
PITNEY BOWES

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 10-13940 | **Judge:** Thomas L. Ludington | **Magistrate Judge:** R. Steven Whalen |

| **Name of 1st Listed Plaintiff/Petitioner:**<br>ROBERT SIMPSON | **Name of 1st Listed Defendant/Respondent:**<br>A AND E TELEVISION NETWORK, |
|---|---|
| **Inmate Number:** 380661 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>St. Louis Correctional Facility<br>8585 N. Croswell Road<br>St. Louis, MI 48880<br>GRATIOT COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes          ☒ No
   ➢ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes          ☒ No
   ➢ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases